Received From
SEATTLE

JUN 26 2018

FILED ___ LODGED ___ RECEIVED ___ | MAIL |

JUN 22 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

PAUL MARKS
(Name of Plaintiff)

**18 CV-05516 RBL-TLF**

vs.

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

STATE OF WASHINGTON, DEPT OF
CORRECTIONS, CORRECTIONS OFFICER
1-20 AND OTHERS

(Names of Defendant(s))

**I. Previous Lawsuits:**

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

☐ Yes    ☒ No

B. If your answer to A is yes, how many?:_____. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff:_____

   Defendants:_____

2

2. Court (give name of District): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?): _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: Coyote Ridge Corr. Cnt.

   A. Is there a prisoner grievance procedure available at this institution?   ☒ Yes   ☐ No

   B. Have you filed any grievances concerning the *facts* relating to this complaint?
   ☐ Yes   ☒ No

   If your answer is NO, explain why not:
   PLAINTIFF IS NOT A ATTORNEY AND HAS PTSD FROM STRESS DISORDER AND IS UNABLE TO PROSECUTE THIS CLAIM

   C. Is the grievance process completed?   ☐ Yes   ☐ No

   If your answer is YES, ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.

III. Parties to this Complaint

   A. Name of Plaintiff: PAUL MARKS    Inmate No.: 321696

   Address: 1301 N. EPHRATA AVE., CONNELL, WA 99326-0769

   (In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

   B. Defendant: STATE OF WASHINGTON, DEPT OF CORRECTIONS ET AL   Official Position: _____
   Place of employment: SEE SUBMITALS

3

C. Additional defendants  SEE SUBMITALS

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

SEE SUBMITALS

. V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

PAY DAMAGES OF $1,500,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of JUNE 2018.

_____
(Signature of Plaintiff)

5