HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL MARKS,

        Plaintiff,

   v.

STATE OF WASHINGTON,

        Defendant.

CASE NO. C18-5516RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 14], recommending that the Court dismiss plaintiff Marks' complaint pursuant to 28 U.S.C. §§ 1915(e) and 1915A:

(1) The Magistrate Judge's Report and Recommendation is **ADOPTED**.

(2) All of Marks' claims against defendants State of Washington and the Department of Corrections are **DISMISSED with prejudice**.

(3) Marks' claims relating to the events allegedly occurring in or around December 22, 2014, and January 21 and 22, 2015, are **DISMISSED with prejudice** for failure to state a claim, as they are untimely on the face of the complaint.

(4) Marks' remaining claims are **DISMISSED without prejudice** for failure to state a

claim.

(5) If Marks appeals, his *in forma pauperis* status will **NOT** continue, for the reasons articulated in the Report and Recommendation.

(6) The Clerk is directed to send copies of this Order to Marks, to Magistrate Judge Fricke, and to any other party that has appeared in this action.

Dated this 1st day of July, 2019.

Ronald B. Leighton
United States District Judge